No. 80–1888.   CHASTAIN ET AL. *v.* DAVIS.   C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lehman* v. *Lycoming County Children's Services Agency, ante,* p. 502.   Reported below: 640 F. 2d 599.

No. 81–471.   UNITED STATES *v.* MARQUEZ-AMAYA. C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *United States* v. *Valenzuela-Bernal, ante,* p. 858.   Reported below: 647 F. 2d 173.

No. 81–596.   SPRINGDALE SCHOOL DISTRICT NO. 50 OF WASHINGTON COUNTY *v.* GRACE ET AL.   C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Board of Education of Hendrick Hudson Central School District* v. *Rowley, ante,* p. 176.   Reported below: 656 F. 2d 300.

No. 81–774.   MOORE *v.* BLACK PANTHER PARTY ET AL.; and

No. 81–1511.   SMITH, ATTORNEY GENERAL, ET AL. *v.* BLACK PANTHER PARTY ET AL.   C. A. D. C. Cir.   Certiorari granted, judgment vacated, and cases remanded to the Court of Appeals with directions that it instruct the United States District Court for the District of Columbia to dismiss the complaint with prejudice.   JUSTICE MARSHALL would deny the petitions for writs of certiorari.   JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of these cases.

No. 81–1860.   J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 4th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Summit Valley Industries, Inc.* v. *Carpenters,* 456 U. S. 717 (1982).